IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cr-04026-FJG-1 |
| | ) | |
| Matthew White, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #27 filed on December 19, 2012), to which no objection has been filed, the plea of guilty to Counts 1 thru 5 of the Indictment which was filed on March 21, 2012, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                                      **/s/ Fernando J. Gaitan, Jr.**
                                                                      Fernando J. Gaitan, Jr.
                                                                      Chief United States District Judge

Dated: <u>January 10, 2013</u>
Kansas City, Missouri